IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ODERIA BRIDGES, *individually and on behalf of all others similarly situated*, | : : : : : | |
| Plaintiff, | : : | |
| v. | : : | |
| AR RESOURCES, INC. and JOHN DOES 1–25, | : : : : : | CIVIL ACTION NO. 1:20-CV-4058-LMM-CMS |
| Defendants. | : | |

## **ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation ("R&R") [16]. No objections have been filed in response to the Magistrate's Report and Recommendation. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Magistrate's Recommendation for clear error and finds none. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.

The Motion to Dismiss [7] is **GRANTED** for Plaintiff's lack of Article III standing, and this action is **DISMISSED without prejudice**. Plaintiff's Motion to Extend [14] is **DENIED as moot**. The Clerk is **DIRECTED** to **CLOSE** this cases.

**IT IS SO ORDERED** this 1st day of March, 2021.

_____
**Leigh Martin May**
**United States District Judge**