UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ODERIA BRIDGES,<br><br>          Plaintiff,<br><br>vs.<br><br>AR RESOURCES, INC., JOHN DOES 1-25<br><br>          Defendants. | CIVIL ACTION FILE<br><br>NO.   1:20-cv-04058-LMM |

## J U D G M E N T

This action having come before the court, the Honorable Leigh Martin May, United States District Judge, for consideration of the magistrate judge's report and recommendation and defendant's motion to dismiss, and the court having adopted said recommendation and granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, **DISMISSED WITHOUT PREJUDICE**.

Dated at Atlanta, Georgia, this 23rd day of March, 2021.

                                                            JAMES N. HATTEN
                                                            CLERK OF COURT

                                              By:   s/ Teressa Frazier
                                                            Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 1, 2021
James N. Hatten
Clerk of Court

By:   s/ Teressa Frazier
            Deputy Clerk